**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| THEODORE ROBINSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. AW-08-2922 |
| | * | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | * | |
| | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

The Court has been advised by Plaintiff that this case should be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a) (Docket No. 7).  Accordingly, IT IS this **27th day of January 2009**, by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. That this action is **DISMISSED**, with prejudice;

2. That the Clerk of the Court **CLOSE** this case; AND

3. That the Clerk of the Court transmit copies of this Order to all counsel of record.

                                                  /s/
                                    Alexander Williams, Jr.
                                    United States District Judge